|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>June 2, 2025<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRITTANI KRAUSS,<br><br>    Defendant. | Case No. 2:25-mj-00089-JDP<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>BRITTANI KRAUSS</u>, Case No. <u>2:25-mj-00089-JDP</u>, Charge <u>21 U.S.C. § 841(a)(1)</u> from custody for the following reasons:

- ☐ Release on Personal Recognizance
- ☐ Bail Posted in the Sum of $ _____
- ☒ Unsecured Appearance Bond $ 25,000.00
- ☐ Appearance Bond with 10% Deposit
- ☐ Appearance Bond with Surety
- ☐ Corporate Surety Bail Bond
- ☒ (Other): <u>Released forthwith with terms as stated on the record and must report on first working day after release to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814.</u>

Issued at Sacramento, California on June 2, 2025, at 2:55 PM.

By: _/s/ Sean C. Riordan_

Magistrate Judge Sean C. Riordan